**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ANDRE CHAPMAN, as Personal
Representative of the ESTATE OF
DARREN RAINEY, on behalf of the
Estate, and on behalf of Darren Rainey's
Surviving Relatives, Andre Chapman,
Renee Chapman, Deborah Johnson,
Chnieaqua Breelove and Harold Marr,

    Plaintiff,

v.                                                  Case No. 14-23323-Civ-SCOLA;
                                                   Consolidated Action Case No. 14-24140-Civ-SCOLA

FLORIDA DEPARTMENT
OF CORRECTIONS, an Agency
of the State of Florida,
CORIZON, L.L.C., an out-of-state limited
liability corporation doing business and
registered in Florida,
ROLAND CLARKE and
CORNELIUS THOMPSON,

    Defendants.
_____/

## NOTICE OF CHARGING LIEN

    Notice is hereby given of undersigned counsel and Florida Institutional Legal Services Project of Florida Legal Services, Inc.'s intent to impose a charging lien upon any funds collected or any judgments received in this matter by Plaintiff and/or his attorneys in this matter. As basis for this charging lien undersigned counsel states:

    (1) Plaintiff retained undersigned counsel and Florida Institutional Legal Services Project of Florida Legal Services, Inc., for the purpose of representation in this case brought on behalf of the estate of Darren Rainey.

(2) Plaintiff as personal representative of the Estate of Darren Rainey signed a retainer with Florida Institutional Legal Services Project of Florida Legal Services, Inc. The retainer agreement provides for payment of costs and attorneys' fees if Plaintiff obtains monetary damages through judgment or settlement in this case.

(3) Pursuant to the retainer agreement undersigned counsel and Florida Institutional Legal Services Project of Florida Legal Services, Inc., conducted investigation of Plaintiff's claims and filed this litigation on Plaintiff's behalf. In addition, undersigned counsel and Florida Institutional Legal Services Project of Florida Legal Services, Inc., advanced necessary costs and expenses to Plaintiff in connection with the investigation and filing of this case.

(4) The retainer agreement states that Plaintiffs will repay undersigned counsel and Florida Institutional Legal Services Project of Florida Legal Services, Inc., any advanced costs and expenses in the event of a monetary damage award through judgment or settlement in this case. In addition, the retainer states that in the event Plaintiff seeks fees from Defendants as a prevailing party in this action Plaintiff will pay or assign any fee award for work done by undersigned counsel and Florida Institutional Legal Services Project of Florida Legal Services, Inc., to Florida Legal Services, Inc.

(5) Undersigned counsel and Florida Institutional Legal Services Project of Florida Legal Services, Inc., are entitled to recover their attorney's fees, costs and expenses pursuant to the retainer agreement and/or a *quantum meruit* basis.

(6) This Notice is being provided to Plaintiff Andre Chapman as Personal Representative of the estate of Darren Rainey, on behalf of the Estate, and on behalf of Darren Rainey's surviving relatives, Andre Chapman, Renee Chapman, Deborah Johnson, Chnieaqua Breelove and Harold Marr through his attorney Annette Newman, esq.

Respectfully submitted,

/s/ Peter P. Sleasman
Peter P. Sleasman, Esq.
Fla. Bar No. 367931
Lead Trial Counsel

Kristen Cooley Lentz, Esq.
Fla. Bar No. 649635

Florida Institutional Legal Services Project
Florida Legal Services
14260 W. Newberry Road, #412
Newberry, FL 32669
(352) 375-2494 (telephone)
(352) 331-5202 (facsimile)
peter@floridalegal.org
kristen@floridalegal.org

David Boyer, Esq.
Florida Bar No. 90917

Molly J. Paris, Esq.
Florida Bar No. 90486

Disability Rights Florida
1930 Harrison St Ste 104
Hollywood, Florida 33020
(850) 488-9071 (telephone)
(850) 488-8640 (facsimile)
davidb@DisabilityRightsFlorida.org
mollyp@DisabilityRightsFlorida.org

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was served on the Defendants on June 23, 2015 via CM/ECF or U.S. Mail at the following addresses:

| | |
|---|---|
| Gregg Toomey, Esq.<br>Counsel for Corizon, L.L.C.<br>Via CM/ECF | Susan Maher, Esq.<br>Counsel for Jones and FDOC<br>Via CM/ECF |
| Devang Desai, Esq.<br>Counsel for Wexford<br>Via CM/ECF | Lourdes Wydler, Esq.<br>Counsel for Roland Clarke<br>Via CM/ECF |
| Cornelius Thompson<br>1470 NW 59th Street<br>Miami, FL 33142<br>Via U.S.P.S. | Annette Newman, Esq.<br>Counsel for Plaintiff<br>Via CM/ECF |

/s/ Peter P. Sleasman
Attorney for Plaintiff