United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Andre Chapman, representative of Estate of Darren Rainey, et al. Plaintiffs, <br><br> v. <br><br> Florida Department of Corrections, Corizon, LLC, Roland Clarke, and Cornelius Thompson, and Jerry Cummings, Defendants. | Consolidated Action Case No. 14-23323-Civ-Scola (Orig. Case No. 14-24140-Civ-Scola) |

## Order Scheduling Mediation

The mediation conference in this matter will be held with H.T. Smith on March 2, 2017. The mediator and the parties have agreed to this date. It may not be rescheduled without leave of the Court.

The Court reminds the parties that the Mediation Report is due within seven days following the mediation conference. If the mediator fails to file a Mediation Report within seven days following the mediation conference, lead counsel must file a Mediation Report within 14 days after the mediation conference.

**Done and ordered**, at Miami, Florida, on November 30, 2016.

Robert N. Scola, Jr.
United States District Judge