# WERNER U. SPITZ, M.D., FCAP

### *Forensic Pathology and Toxicology*
23001 Greater Mack
St. Clair Shores, Michigan   48080-1996
CCCCCC
Phone:   (586) 776-2060   #   Fax:   (586) 776-8722

**Diane L. Lucke, B.S.**
**Administrative Assistant/Office Manager**                    **E-mail: wuspitz@aol.com**

Home:   850 Lakeshore
Grosse Pointe Shores, MI 48236

Telephone:   (313)   884-0501

**PERSONAL DATA:**

Born:   August 22, 1926
Stargard/Pomerania
Germany

Fluent: English, German and French

**EDUCATION:**

| | |
|---|---|
| Geneva University Medical School Geneva, Switzerland | 1946-1950 |
| Hebrew University, Hadassah Medical School - Jerusalem M.D. from same | 1950 - 1953 |

**TRAINING:**

| | |
|---|---|
| Internship and residency in Pathology and Forensic Pathology Hadassah Medical School | 1953 - 1959 |
| Research Fellow, Forensic Pathology University of Maryland Baltimore, Maryland | 1959 - 1961 |

**FACULTY APPOINTMENTS:**

| | |
|---|---|
| Assistant, Dept. of Forensic Pathology Free University of Berlin, West Germany | 1961 - 1963 |
| Assistant Professor of Pathology University of Maryland | |
| School of Medicine | 1966 - 1969 |

Associate Professor, Forensic Pathology
Department of Public Health Administration
Johns Hopkins University
Baltimore, Maryland                               1967 - 1972

Clinical Associate Professor of Pathology
University of Maryland
School of Medicine                                1969 - 1972

Membership on the Graduate Faculty
University of Maryland
College Park, Maryland                            1970 - 1972

Professor, Department of Pathology
Wayne State University
School of Medicine                    1973- Present

Adjunct Professor of Toxicology in the Department of Chemistry
University of Windsor
Ontario, Canada                       1978- Present

## HOSPITAL OR OTHER PROFESSIONAL APPOINTMENTS:

Associate Medical Examiner, Maryland
Medical-Legal Foundation
Baltimore, Maryland                               1963 - 1965

Pathologist, Mount Wilson State Hospital
for Chest Diseases, Maryland          1964 - 1972

Assistant Medical Examiner
State of Maryland
Baltimore, Maryland                               1965 - 1969

Lecturer in Forensic Pathology
Department of Public Administration
Johns Hopkins University
Baltimore, Maryland                               1966 - 1969

Deputy Chief Medical Examiner
State of Maryland
Baltimore, Maryland                               1969 - 1972

Director of Research and Training
Maryland Medical-Legal Foundation
Baltimore, Maryland                               1967 - 1972

Chief Medical Examiner, County of Wayne
Detroit, Michigan                                 1972 - 1988

Pathologist and Chief Medical Examiner
County of Macomb, Michigan            1972 - 2004

**MAJOR PROFESSIONAL SOCIETIES:**

Michigan Association of Medical Examiners
Member Executive Committee, [1986 - @ 1996]
Wayne County Medical Society

Michigan Society of Pathology,
Chairman, Forensic Pathology Committee

College of American Pathologists, Fellow

American Society of Clinical Pathologists, Fellow

National Association of Medical Examiners, Board of Directors

American Academy of Forensic Sciences, Fellow,
Pathology and Biology Section, Past Chairman, Nominating Committee, 1977;
Secretary/Treasurer, 1980, Chairman, 1981

World Congress of Legal Medicine, Vice President, 1986

Detroit Academy of Medicine, Fellow

**LICENSURE:**

| | |
|---|---|
| License to practice medicine, member countries of the European Union | 1960 |
| Maryland Board of Medical Examiners | 1964 |
| Virginia Board of Medical Examiners | 1965 |
| Washington, D.C., Commission on Licensure to Practice the Healing Art | 1971 |
| Michigan Board of Registration in Medicine | 1972 |

**SPECIALTY BOARDS:**

Certification by The American Board of Pathology:

| | |
|---|---|
| Pathologic Anatomy | 1961 |
| Forensic Pathology | 1965 |

**HONORS/AWARDS:**

American Physicians Fellowship Inc., August, 1967

Northern Virginia Arson Seminar - Certificate of Recognition of Attendance, Dec. 2, 1967

National Association of Medical Examiners - Certificate of Membership, 1972

North End Detroit Lions Club - Certificate of Service, March 5, 1974

International Association of Bomb Technicians and Investigators - Certificate of Appreciation, May 24, 1978

The International Reference Organization in Forensic Medicine - for Continuous Support of INFORM and outstanding Contributions to Forensic Medicine, August 1, 1979

The Arizona Department of Public Safety - Certificate of Appreciation, December 7, 1979 University of Detroit - Certificate of Appreciation, February 26, 1981

Kiwanis Club of New Center, Detroit - Certificate of Appreciation, June 17, 1981

Latin American Association of Legal Medicine, May 20, 1982 - Honorary Member

Mid Atlantic Forensic Pathology Association Certificate of Recognition May 2, 1983

The American Academy of Forensic Sciences, February 15, 1983

American Medical Association - Certificate of Member in good Standing, 1984

Crockett Vocational/Technical Center - Certificate of Appreciation, May 15, 1985

Michigan Ontario Identification Association - Certificate of Appreciation, May 17, 1985

British Academy of Forensic Sciences Medicolegal and Odontological Society of Mexico, Honorary Member, 1986

Founder's Award, Michigan Eye Bank and Transplantation Center, June 15, 1986

EL Instituto Politecnico Nacional, 1986

Crockett Vocational/Technical Center - Certificate of Appreciation, June 10, 1987

Resolution for Outstanding Service, handling mass disaster, Northwest Flight 255 plane crash, City of Romulus September, 1987

Award from Wayne County for handling of Northwest Flight 255 Plane Crash, October, 1987

Michigan Police Chaplains Association - Certificate of Appreciation, March 14, 1988

Wayne County Medical Society - Resolution for Outstanding Service, August 24, 1988

New York State Police - Certificate of Appreciation, October 5, 1988

New York State Police - Certificate of Appreciation, November 8, 1990

International Symposium on Forensic Techniques - Certificate of Appreciation, June 6, 1991

New York State Police - Certificate of Appreciation, October 2, 1991

American Board of Forensic Examiners - Recognizes for High Level of Professional Scientific involvement, December 12, 1994

Special Opportunities for Amputee Rehabilitation - Acknowledgment for Sponsoring an Amputee, 1994

Wayne County Medical Society - Certificate of membership in Good Standing, 1994

New York State Police - Certificate of Appreciation, September 28, 1994

Sterling Heights Citizen=s Police Academy - Certificate of Appreciation, March 22, 1995

New York State Police - Certificate of Appreciation, September 20, 1995

American Society of Clinical Pathologists   January 11, 1996

New York State Police - Certificate of Appreciation, October 3, 1996

American Medical Association - Certificate of Member in Good Standing, 1996

Medicolegal Investigation of Death - Certificate of Participation, March 6 & 7, 1997

Investigation for Identification - Certificate of Completion, October 31, 1997

National Association of Medical Examiners - Certificate of Membership, 1999

Turning Point SANE Program - Recognition and Appreciation of Outstanding Effort, June 24, 1999

Dean's Award for 24 years of dedicated service to the medicolegal community and Wayne community and Wayne State University School of Medicine, March 6, 1997

National Association of Medical Examiners - Certificate of Membership, 2000

Indiana Division International Association for Identification - Certificate of Appreciation, 11th Annual Annual Indiana IAI Conference

## SERVICE:

Consultant - Johns Hopkins University, Applied Physics Laboratory, Silver Spring, Maryland, 1968-1972

Consultant - Veterans Administration Hospital, Allen Park, Michigan, 1972

Consultant - Rockefeller Commission on CIA activities within the United States, investigating the circumstances surrounding the assassination of President John F. Kennedy, 1975

Member - Forensic Pathology Panel, Select Committee on Assassinations, U.S. House of Representatives, Washington, D.C.,   1978

Consultant - Michigan Department of Labor, Silicosis and Dust Fund, 1977-1980

Consultant - Pan American Health Organization, November, 1978

Consultant, U.S. Borax and Chemical Company, Los Angeles, California, October 1984 - Present

Consultant - NBC News for the OJ Simpson Trial, 1994-1995

Editor - Journal of Legal Medicine, Heidelberg, Germany, New York

Member - Editorial Board, American Journal of Dermatopathology

Member - Editorial Board, Journal of Forensic Sciences

Member - Editorial Board, Excerpta Medica, [Holland], Forensic Sciences

    Member - Editorial Board, Forensic Science, Copenhagen Denmark, Biomedical Division, Elsevier Science Publishers, B.V.

Member - Editorial Board, The American Board of Dermatopathology, Masson Publishing USA, Inc.

Member - Test Committee, American Board of Pathology, 1974-1979

    Member - Public Health Committee, Claims Review Committee, Wayne County Medical Society, 1979

Member - Probus Award Selection Committee, 1979

Listed - American Men and Women of Science, 12th Edition

Listed - Who's Who in America (Life member, 2000)

Member - Review Board - The American Investigative Society of Cold Cases (AISOCC), 2013

## TEACHING:

| | |
|---|---|
| Professor, Department of Pathology<br>    Wayne State University<br>    School of Medicine | 1973 - present |
| 2 years Assistant, Dept. of Forensic Pathology<br>    Free University of Berlin, West Germany | 1961 - 1963 |
| 3 years Assistant Professor of Pathology<br>    University of Maryland<br>    School of Medicine | 1966 - 1969 |
| 5 years Associate Professor, Forensic Pathology<br>    Department of Public Health Administration<br>    Johns Hopkins University<br>    Baltimore, Maryland | 1967 - 1972 |
| 3 years Clinical Associate Professor of Pathology<br>    University of Maryland<br>    School of Medicine | 1969 - 1972 |
| 2 years Membership on the Graduate Faculty<br>    University of Maryland<br>    College Park, Maryland | 1970 - 1972 |

Adjunct Professor of Chemistry
   University of Windsor
   Ontario, Canada          1978 - Present

**GRANT SUPPORT:**

U.S. Government (HEW) Institute of Maternal Health, $ 800,000 Grant for Research and Counseling of Sudden Infant Death.   1975-1985.

Grant from Eli Lilly for a study of propoxyphen.   $ 2,500. 1985.

State of Michigan, Office of Substance Abuse Services, Designer Drug grant, $ 3,000. 1986-1987.

Participated in a combined study with Michigan Department of Health, Detroit Health Department to determine the frequency of AIDS in medical examiner cases, approx. $ 2,000.00   1987.

**PUBLICATIONS:**

1. A Contribution to Pulmonary Acariasis in Imported Rhesus Monkeys. *Bull. Res. Council of Israel* **6E** (2):   119-122, (1957).   Spitz, W.U.

2. Mycetoma Pedis. *A.M.A. Arch. Dermat.* **75**: 855-863, (1957). Ziprkowski,L., Altmann,G., Dalith,F. and Spitz,W.U.

3.  Mechanism of Death in Fresh-Water Drowning. *A.M.A. Arch. Path.*, **71**: 661-668, (1961). Spitz, W.U. and Blanke, R.

4. *Increase of Body Weight as an Additional Criterion in Establishing the Diagnosis of Fresh Water Drowning.*Newsletter - Am. Acad. Forensic Sci., March-April, 1961. Spitz, W.U. and Fisher, R.S.

5. Physical Activity Until Collapse Following Fatal Injury by Firearms and Sharp Pointed Weapons. *J. Forensic Sci.*, **6**, (3): 290-300, (1961). Spitz, W.U., Petty, C. and Fisher, R.

6. Subdurale Blutungen aus isolierten Verletzungen von Schlagadern an der Hirnoberflache durch stumpfe Gewalt. *Virchows Arch. Path. Anat.* **336**: 87-98, (1962), Krauland, W., Mallach, H.J., Missoni, L. und Spitz, W.U.

7. Diagnose des Ertrinkungstodes durch den Diatomeen-Nachweis in Organen. *Dtsch. Z. ges. gerichtl. Med.* **54**: 42-45, (1963). Spitz, W.U.

8. Recovery from Drowning. *Brit. Med. J.*, **5364,** 1678, (1963). Spitz, W.U.

9. The Significance of Diatoms in the Diagnosis of Death by Drowning. *J. Forensic Sci.*, **9**, (1): 11-18, (1964). Spitz, W.U. and Schneider, V.

10. Befunde bei vorubergehender Wiederbelebung nach Elektrounfall. *Munch. Med. Wchschr.* **106.**Jg., (11): 495-498, (1964). Spitz, W.U.

11. Untersuchungen von Luftfiltrationsstreifen aus verschiedenen Gebieten der Bundesrepublik auf ihren Diatomeengehalt. - Ein Beitrag zum Beweiswert von Diatomeen fur die Diagnose des Ertrinkungstodes. - *Dtsch. Z. ges. Gerichtl. Med*. **56**: 116-124, (1965). Spitz, W.U., Schmidt, H. and Fett, W.

12. Techniques of Identification Applied to 81 Extremely Fragmented Aircraft Fatalities. *J. Forensic Sci.*, **10,** (2): 121-135 (1965). Fisher, R., Spitz, W.U., Breitenecker, R. and Adams, J.

13. Hemorrhagic Pancreatitis Following a Kick in the Abdomen - Report of a Case. *J. Forensic Med.,* **12** (3): 105-107, (1965). Spitz, W.U.

14. Ultrastructural Alterations in Rat Lungs. - Changes After Intratracheal Perfusion with Freshwater and Seawater. *A.M.A. Arch. Path*. **81:** 103-111, (1966). Reidbord, H. and Spitz, W.U.

15. Ultrastructural Alteration in Rat Lungs. - Changes Following Asphyxiation. *A.M.A. Arch. Path*. **82:** 80-84, (1966). Reidbord, H. and Spitz, W.U.

16. Weitere Untersuchungen Zur Diagnostik des Ertrinkungstodes durch Datomeennachweis. *Dtsch. Z. ges. gerichtl. Med.*, **58**: 195-204, (1966). Spitz, W.U. and Schmidt, H.

17. Enzymologic Approach to the Diagnosis of Death by Drowning - Preliminary Report. *Am. J. Clin. Path.*, **47** (6): 704-708, (1967). Spitz, W.U., Burfitt,H., Freimuth,H. and Michaelis,M.

18. *Reconstruction of Accidents:   Integration of Pathological Findings and Roadside Evidence.* Proceedings of the International Conference on Accident Pathology, June 6-8, 1968, Washington, D.C. U.S. Government Printing Office. Brinkhous, K. (Editor) and Spitz, W.U.

19. Enzymatic Changes in Asphyxia, Experimental Pulmonary Edema and Drowning. *Am. J. Clin. Path.,* **51** (1): 102-106, (1969). Spitz, W.U., Hebel, R. and Michaelis, M.

20. Drowning: Principles of resuscitation differ according to whether drowning takes place in fresh water or salt water. (Its Pathogenesis, Clinical and Post Mortem Aspects).  *Hospital Medicine*, **5** (7): 8-18, (1969). Spitz, W.U.

21. Rikoschett - oder KontaktschuBverletzung. *Dtsch. Z. ges. gerichtl. Med.*, **66**: 153-160, (1969). Spitz, W.U.

22. Histochemical Changes in Experimental Drowning, Pulmonary Edema and Asphyxia. *J. Forensic Med.,* **16** (3): 79-85, (1969). Spitz, W.U., Silverman, B., Michaelis, M.

23. Does Illness Cause Crashes? 3rd. Triennial Congress of Motor Vehicle Accidents, New York, June, 1969, *JAMA,* **208** (12): 2257, (1969). Baker, S. and Spitz, W.U.

24. Stud Gun Injuries. In: *Internan. Microfilm Journal,* **4** (4) and *J. Forensic*

*Med.* **17** (1): 5-11, (1970). Spitz, W.U. and Wilhelm, R.

25.         Age Effects and Autopsy Evidence of Disease in Fatally Injured Drivers. *JAMA* **214** (6):   1079-1088, (1970). Baker, S. and Spitz, W.U.

26.         *Laboratory Diagnosis of Drowning.* - Werner U. Spitz. Chapter in - LABORATORY DIAGNOSIS OF DISEASES CAUSED BY TOXIC AGENTS, Editors - Sunderman and Sunderman, Warren H. Green, St. Louis, Missouri, 1970.

27.         Post Mortem Changes of pH in Rabbits' Vitreous Body Compared with Brain and Liver. *Invest. Opthal.* **9**:   158, (1970). Spitz, W.U., Hebel, R. and Michaelis, M.

28.         Injury by Birdshot. *J. Forensic Sci.*, **15** (3):   396-402, (1970). Di Maio, V. and Spitz, W.U.

29.         Essential Post Mortem Findings in the Traffic Accident Victim. *A.M.A. Arch. Path.*, **90**:   451-457, (1970). Spitz, W.U.

30.         Medicolegal Investigation of a Bomb Explosion in an Automobile. *J. Forensic Sci.*, **15** (4): 537-552, (1970). Spitz, W.U., Sopher, I. and Di Maio, V.

31.         An Evaluation of the Hazard Created by Natural Death at the Wheel. *New Eng. J. Med.*, **283** (8):   405-409, (1970). Baker, S. and Spitz, W.U.

32.         *Traffic Deaths Due to Blunt Abdominal Trauma.* Proceedings of the 14th Annual Conference, AAAM, Ann Arbor, Michigan, November, 1970. Baker, S., Gertner, H., Rutherford, R. and Spitz, W.U.

33.         Melanosis of the Prostate Gland. *Am. J. Clin. Path.*, **56** (6):   762-764, (1971). Gardner, W., Jr. and Spitz, W.U.

34. Exanguinating Hemoptysis due to Ruptured Syphilitic Aneurysm.   A Case Report. *J. Forensic Med.*, **18** (3):   118-121, (1971). Sopher, I. and Spitz, W.U.

35.         Endodermal Inclusions of the Heart - So-Called "Mesotheliomas of the Aerioventricular Node". *A.M.A. Arch. Path.*, **92**: 180-186, (1971). Sopher, I. and Spitz, W.U.

36.         Fatally Injured Drivers: Clues from Medical Examiners, Police and DMV. *Police*, July-August, 67-72, (1971). Baker, S. and Spitz, W.U.

37.         Tattoos, Alcohol and Violent Death. **J. Forensic Sci.**, **16** (2): 219-225, (1971). Baker, S., Robertson, L. and Spitz, W.U.

38.         Problems Encountered in Dental Identification of a Mutilated Body. *JADA*, **83**:168-169, (1971).

39.         Evaluation of the Management of Vehicular Fatalities Secondary to Abdominal Injury. *Trauma*, **12**: 425-431, (1972). Gertner, H., Baker, S., Rutherford, R. and Spitz, W.U.

40.         Variations in Wounding Due to Unusual Firearms and Recently Available Ammunition. *J. Forensic Sci.*, **17** (2): 377-386, (1972). Di Maio, V. and Spitz, W.U.

41.        *Variations of Shotgun Injuries - An Experimental Study.*   Abstracts, 6th International Meeting, Forensic Sciences, Edinburgh, September, 1972, pp. 88-89. Spitz, W.U. and Lipkovic, P.

42.        **MEDICOLEGAL INVESTIGATION OF DEATH - Guidelines for the Application of Pathology to Crime Investigation.**   Spitz, W.U. (Editor) and Fisher, R. (Co-Editor). Springfield, Illinois, Charles C. Thomas, 1973.

43.        Peculiarities of Certain .22 Caliber Revolvers (Saturday Night Specials). *J. Forensic Sci.*, **19** (1): 48-53, (1974).  Schmidt-Orndorff, H., Reitz, J.A., and Spitz, W.U.

44.        *Determination of Narcotics in Homicides in Detroit.* Abstracts, 26th Annual Meeting, American Academy of Forensic Sciences, Dallas, Texas, February, 1974. Monforte, J. and Spitz, W.U.

45.        *Hit and Run, Gold Award Exhibit.* Annual Scientific Exhibit of the American Society of Clinical Pathologists and the College of American Pathologists, Washington, D.C., 1974. Spitz, W.U.

46.        Narcotic Abuse Among Homicide Victims in Detroit. *J. Forensic Sci.*, **20** (1): 186-190, (1975). Monforte, J. and Spitz, W.U.

47.        Accidental Death with a Tear Gas Pen Gun. A Case Report. *J. Forensic Sci.*, **20** (4): 708-713, (1975). Smialek, J. Ratanaproeksa, O. Spitz, W.U.

48.        Short Range Ammunition: A Possible Anti-Hijacking Device. *J. Forensic Sci.*, **21** (4): 856-861, (1976). Smialek, J. and Spitz, W.U.

49.        Important Considerations in the Management of Drowning Victims. *Hospital Medicine*, June, 1976. Spitz, W.U.

50.        Drug Deaths Involving Propoxyphene - An Assessment in Metropolitan Detroit.        *Preventive Medicine*, **5**: 573-576, (1976). Monforte, J. and Spitz, W.U.

51.        Accidental Bed Deaths in Infants due to Unsafe Sleeping Situations. *Clin. Pediatrics,* **16** (11):   1031-1036, (1977). Smialek, J., Smialek, P. and Spitz, W.U.

52.        Methadone Deaths in Children. *JAMA,* **238**:   2516-2517, (1977). Smialek, J., Monforte, J., Aronow, R. and Spitz, W.U.

53.        Rupture of a Subclavian Artery Aneurysm in a Heroin Addict.   Report of a case. *J. Legal Medicine*, J.F. Springer - Munich, **81**: 147-149, (1978). Whayne, N. and Spitz, W.U.

54.        Death Behind Bars - The Jail Scene. *JAMA*, Special Communication, **240**: 2563-2564, (1978) and The Texas Lawman, 48: 9, (1979). Smialek, J. and Spitz, W.U.

55.        Cyclohexamine [Rocket Fuel] - Phencyclidine's Potent Analog. *J. Analytical Toxicology*, **3**: 209-212, (1979). Smialek, J., Monforte, J., Gault, R. and Spitz, W.U.

56.        *The Gunshot Victim.* Annual Scientific Exhibit of the American Society of

Clinical Pathologists and the College of American Pathologists, Las Vegas, 1979. Smialek, J. and Spitz, W.U. Louisiana, February, 1980. Smialek, J., Merchant, M. and Spitz, W.U.

57. The Medicolegal Autopsy. *Human Pathology*, **11** (2): 105-112, (1980). Spitz, W.U.

58. Spitz and Fisher's **MEDICOLEGAL INVESTIGATION OF DEATH, Guidelines for the Application of Pathology to Crime Investigation.** Second Edition, Spitz, W.U. (Editor). Springfield, Illinois, Charles C. Thomas, 1980.

59. *An Analysis of Sudden and Unexpected Deaths in Young Adult Females Living in a Metropolitan Area.* In Proceedings of the 32nd Annual Meeting of the American Academy of Forensic Sciences, New Orleans.

60. Automobile Cigarette Lighter Burns. *J. Forensic Sci.*, **25**: 631-633 and 704, (1980). Smialek, J., Spitz, W.U. and Sacra, E.

61. Ethanol in Intracerebral Clot - Report of Two Homicidal cases with Prolonged Survival After Injury. *Am. J. of Forensic Medicine and Pathology*, **1** (2):149-150, (1980). Smialek, J., Spitz, W.U., and Wolfe, J.

62. Shotgun Wounds - Homicide or Self-Inflicted? *Michigan Police Officer,* **8:** (3), 24-27, (1980). Spitz, W.U.

63. Heroin Culture. *Michigan Police Officer*, **8:** (4), 23-27, (1980). Spitz, W.U.

64. Secondary Intracranial Subarachnoid Hemorrhage Due to Spinal Missile Injury. *J. Forensic Sci*, **26** (2): 431-434, (1981). Smialek, J., Chason, J., Kshirsager, V. and Spitz, W.U.

65. Concentration of Alcohol in Delayed Subdural Hematoma. *J. Forensic Sci.*, **28** (4): 1013-1015, (1983). Cassin, B. and Spitz, W.U.

66. Modernization of a Large Metropolitan Autopsy Facility. *Lipshaw Lab Leader*, **1** (2), (1984). Spitz, W.U.

67. Suicidal Electrocution in a Bathtub. *Am. J. For. Med. and Path.*, **6** (3): 276-278, (1985). Lawrence, R., Spitz, W.U. and Taff, M.

68. Intrapleural Golf Ball Size Loose Body: An Incidental Finding at Autopsy. *Am. J. For. Med. and Path.*, **6** (4): 329-331, (1985). Spitz, W.U. and Taff, M.

69. Sudden Prisoner Deaths and >Capture Myopathy'. [Letter] *JAMA*, **253** (1) 13: 1934, (1985). Spitz, W.U.

70. System for Deodorizing and Decontaminating Autopsy Rooms. UNITED STATES PATENT number 4,600,557 Date of Patent: July 15, 1986.

71. The Amino Acid Sequence of Human Cardiac Troponin-C. *Muscle and Nerve*, **9**: 73-77, (1986). Romero, A., Lieska, N. and Spitz, W.U.

72.          A Case of Suicidal Hanging in an Automobile. *Am. J. For. Med. and Path.*, **6** (4): 362-364, (1986). Hardwicke, M.B., Taff, M. and Spitz, W.U.

73.          A Work-Related Death Due to a Penetrating Chest  Injury. *Am. J. For. Med. and Path.*, **7** (2): 163-164, (1986). Katanick, D., Taff, M. and Spitz, W.U.

74.          Sudden Death Resulting from Chicken Bone Perforation of Esophagus. *Am. J. For. Med. and Path.*, **7** (3): 263-265, (1986). Russo, S., Taff, M., Ratanproeksa, O. and Spitz, W.U.

75.          Fatal Thyrotoxic Crisis:   A Case Report.   *Am. J. For. Med. Path.*, **7** (2): 174-176, (1986). Herman, G., Kanluen, S., Monforte, J., Husain, M., and Spitz, W.U.

76.          An Unusual Case of Compression Asphyxia and Smothering. *Am. J. For. Med. and Path.,* **7** (4), (1986). Wolodzko, A., Taff, M., Ratanaproeksa, O. and Spitz, W.U.

77.          Syncope and Sudden Death Caused by Mitral Valve Myxomas. *Am. J. For. Med. and Path.*, **7** (1): 84-86 (1986). Puff, M., Taff, M., Spitz, W.U. and Eckert, W.

78.          Scald Burns Complicated by Isopropyl Alcohol Intoxication:   A Case of Fatal Child Abuse. *Am. J. For. Med. and Path.*, **7** (1): (1986). Russo, S., Taff, M., Mirchandani, H., Monforte, J. and Spitz, W.U.

79.          Resuscitation and Petechiae. *Am. J. For. Med. and Path.*, **9** (1): 35-37, (1988). Hood, I., Ryan, D. and Spitz, W.U.

80.          Determining Gender:   Examination of Hair. [Letter]   *JAMA*, **260** (6): 851, (1988). Spitz, W.U.

81.          Award Citation:   A Tribute to the Late Russell S. Fisher. *Am. J. For. Med. and Path.*, **9** (4): 355-356, (1988). Spitz, W.U.

82.          The Case of the Sitting Corpse:   Accident of Homicide. *Am. J. For. Med. and Path.*, **10** (3): 242-244, (1989). Spitz, W. U.

83.          Necrotizing Fasciitis: A Fatal Outcome Following Minor Trauma. *Am. J. For. Med. and Path.*, **10** (3): 239-241, (1989). Wojno, K. and Spitz W. U.

84.          Fatal Accidents and Blood Ethanol Levels in Adolescents and Adults - The Wayne County Experience 1978-1988. *Am. J. For. Med. and Path.*, **10** (3): 187-192, (1989). Hain, J.R., Ryan, D.M. and Spitz W. U.

85.          Postmortem Cerebrospinal Fluid Pleocytosis. *Am. J. For. Med. and Path.,* **10** (3): 209-212, (1989). Platt, M.S., McClure, S., Clarke, R., Spitz W.U., and Cox, W.

86.          Killer Pop Machines.*J. Forensic Sci.*, **35**(2):490-492, (1990). Spitz, D. J. and Spitz W. U.

87.          Gastrointestinal Hemorrhage from an Internal Jugular Abscess in an Intra-venous Drug Addict. *Am. J. For Med and Path*, 11(2):158-159, 1990, Ippolito, S. F. and Spitz, W. U.

88.        *The Traffic Accident Victim* - Werner U. Spitz. Chapter in - **HANDBOOK OF FORENSIC PATHOLOGY.** Published by: College of American Pathologists, 1990.

89.        Sudden Death of an Elderly Man with Multiple Malignant Neoplasms. *Am. J. For. Med. and Path.*,12(3):265-271, (1991). Hardwicke, M.B., Taff, M., Spitz, W.U. and Gordan, R.

90. Spitz and Fisher's **MEDICOLEGAL INVESTIGATION OF DEATH, Guidelines for the Application of Pathology to Crime Investigation.** Third Edition**,** Spitz, W.U. (Editor). Springfield, Illinois, Charles C. Thomas, 1993.

91.        Spitz, W.U.: **Excited Delirium vs. Positional Asphyxia**, Michigan Association of Medical Examiners Cross Section, Summer, 2000.

92.        Spitz, W.U.: **FORENSIC PATHOLOGY**,CD-ROM, Universal Multimedia, Inc., Costa Mesa, CA, 2000.

93. Spitz, W.U.: **Don=t Be Intimidated,** Michigan Association of Medical Examiners Cross Section, Summer, 2000.

94.   Spitz and Fisher's **MEDICOLEGAL INVESTIGATION OF DEATH, Guidelines for the Application of Pathology to Crime Investigation.** Fourth Edition, Spitz, W.U. (Editor). Springfield, Illinois, Charles C. Thomas. 2006.

95.      Spitz, W.U.: **Forensic Considerations in Blood Alcohol Evaluation** in Principles of Additions and the Law.   Norman Miller, Ed., Academic Press, Elsevier, Inc., 2010.

Publications in preparation:

5th edition of MEDICOLEGAL INVESTIGATION OF DEATH
Death by compression during restraint
Chapter in 2015 Thomson Reurters >Litigators= Handbook of Forensic Medicine, Psychiatry and Psychology
The Reality of Conscious Pain and Suffering and Fear of Impending Doom

## PRESENTATIONS:

Guest Lecturer - Armed Forces Institute of Pathology Annual course of forensic pathology -                1970 - 1991

Guest Lecturer - Louis Phillippe Mousseau Memorial Lecture, Edmonton, Alberta, Canada            October 16, 1974

Guest Lecturer - Israel Association of Forensic Sciences Reconstruction of the events surrounding the assassination of President John F. Kennedy as feasible by analysis of his wounds, Tel Aviv, Israel, March, 1980

Guest Lecturer - Asociacion Mexicana de Medicina Legal, Quinto Symposium International de Graduacion en Medicina Legal, Mexico City, August 28-30, 1980

Guest Lecturer - Sixth South African International Conference of Legal Medicine, Johannesburg, South Africa, March 17-21, 1981

Guest Lecturer - First Pan American Symposium of Legal Medicine, Mexico City, Mexico, May 22-28, 1982

Guest Lecturer - Sociedad Mexicana de Medicina Forense, Criminologia y Criminalistica, A.C. Estados Unudos de America, Mexico, July 21 - 27, 1985

Guest Lecturer - Edwin C. Yoder Honor Lecture, Tacoma, Washington, November 15, 1985

Guest Lecturer - El Instituto Politecnico Nacional, Mexico City, Mexico, October 12-15, 1986

Guest Lecturer - Primer Curso Internacional De Medicina Legal en La Mitad Del Mundo, Quito, Ecuador, July 18 - 22, 1988

Guest Lecturer - Michigan Insurance Adjusters, Detroit, February 18, 1985

Lecturer - University of Windsor, Chemistry Department, March 15, 1985

Guest Lecturer - Beaumont Hospital, Royal Oak, Michigan, March 29, 1985

Guest Lecturer - St. Johns Hospital, Detroit, Michigan, April 12, 1985

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, April 30, 1985

Chairman and Lecturer - Annual seminar - Wayne State University Continuing Education -                     Medical Legal Investigation of Death seminar.   May 9 - 11, 1985

Guest Lecturer - Detroit Police Seminar, Detroit, Michigan, May 17, 1985

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, October 15, 1985

Lecturer - Wayne County Judges, Detroit, Michigan, November 8, 1985

Lecturer - University of Windsor Law School, Windsor, Canada, December 4, 1985

Lecturer - Detroit College of Law School, Detroit, Michigan, Full day - January 15, 1986

Guest Lecturer - Grace Hospital, Detroit, Michigan, April 12, 1986

Guest Lecturer - Ontario Coroners Association, Niagara on the Lake, Canada,   April 10-11, 1986

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, April 29-30, 1986

Guest Lecturer - Michigan Prosecutors Coordinating Council, Shanty Creek, MI, May 3, 1986

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar.   May 8 - 10, 1986

Guest Lecturer - Michigan Insurance Adjusters Assn., Southfield, Michigan,   May 13, 1986

Guest Lecturer - Criminal Defense Attorneys, Traverse City, Michigan,   November 8, 1986

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, April 27, 1986

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar.   May 7 - 9, 1987

Guest Lecturer - Michigan/Ontario Identification Assn., Windsor, Canada, June 30, 1987

Guest Lecturer - Glessner Lee Seminar, Baltimore, Maryland, September 14, 1987

Chairman - Illinois Coroner's Association Seminar, Matoon, Illinois   October 19-20, 1987

Lecturer - St. Clair Medical Examiners, Port Huron, Michigan, September 26, 1987

Guest Lecturer - Insurance Adjusters Assn., Detroit, Michigan   November 16, 1987

Guest Lecturer - America Society of Clinical Pathologists Seminar,   Chicago, Illinois December 1, 1987 - Traffic Accident Reconstruction and Patterned injuries.

Lecturer - Life, Accident and Health Claim Association, Detroit, Michigan   January 19, 1988

Lecturer - Police Department Chaplains Assn., Farmington, Michigan   March 14, 1988

Guest Lecturer - Wayne County Medical Society, Disaster Planning Seminar, Detroit, Michigan   April 7, 1988.

Guest Lecturer - Michigan Trial Lawyers Association Seminar, Southfield, Michigan   May 21, 1988.

Guest Lecturer - Wayne County Sheriff's School, Disaster Planning Seminar, Romulus, Michigan   June 28-30, 1988.

Guest Lecturer - Dearborn Elks Loge 1945, Dearborn, Michigan   July 27, 1988

Guest Lecturer - New York State Police Annual Seminar, Albany, New York   October 4, 1988.

Lecturer - Michigan Association of Medical Examiners, Midland, Michigan   Oct. 14-16, 1988

Guest Lecturer - Douchess County Seminar, New York, November 12-14, 1988

Guest Lecturer - Michigan Trial Lawyers Assn., Southfield, Michigan   November 15, 1988.

Lecturer - Bon Secours Hospital Staff, Grosse Pointe, Michigan   February 27, 1989

Guest Lecturer - Defense Attorneys Seminar, Lansing, Michigan   April 21, 1989

Guest Lecturer - Seminar in Homicide Investigation, Baltimore, Maryland   May 2, 1989

Guest Lecturer - Kiwanis Lecture, Westland, Michigan, May 15, 1989

Guest Lecturer - Macomb County Community College, June 14, 1989

Guest Lecturer - Pathology Review Course, Lisle, Illinois, September 17-18, 1989

Guest Lecturer - New York State Police Academy, Albany, New York   September 20-22, 1989

Lecturer - Traffic Accident Reconstruction and Patterned Injuries, Michigan Association of Medical Examiners, Midland, MI,   Sept. 29 to Oct. 1, 1989

Guest Lecturer - Illinois State University, Accident Investigation and Reconstruction, Normal, IL, Oct. 5-7, 1989

Guest Lecturer - American Society of Clinical Pathologist, December 4, 1989

Lecturer - St. John Hospital Emergency Room Staff, Detroit, Michigan   February 28, 1990

Lecturer - University of Windsor, Chemistry Students, Windsor, Canada   March 9, 1990

Guest Lecturer - Douchess County Seminar, New York, April 9-10, 1990

Guest Lecturer - Traffic Accident Reconstruction, driver, passenger and pedestrian injuries,        University of North Florida, Accident Investigators, Jacksonville, FL, April 17, 1990

Sole Lecturer - Topics included: Gunshot/Shotgun wounds, Stab wounds, Traffic Accident Reconstruction and Injury Patterns, Postmortem changes, Asphyxia, etc.: Colorado Institute of Criminal Justice, Medical Legal Investigation of Death Seminar, Denver, Colorado   April 19-20, 1990

Guest Lecturer - Michigan State Police Arson Investigation, Tuskin, Michigan   April 23, 1990

Guest Lecturer - Federal Bureau of Investigation, Detroit, Michigan   April 25, 1990

Guest Lecturer - Ohio Academy of Trial Lawyers, Toledo, Ohio, April 28, 1990

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar.   May 17 - 19, 1990

Guest Lecturer - University of Michigan, Pathology Course, Ann Arbor, MI   Sept. 11, 1990

Guest Lecturer - Accident Reconstruction and Traffic Injuries,   Institute of Police Technology and Management, Freehold, New Jersey, Sept. 14-15, 1990

Guest Lecturer - Michigan State Police Arson Investigation for Prosecutors, Tuskin, Michigan October 15, 1990

Guest Lecturer - Traffic Accident Reconstruction, driver, passenger and pedestrian injuries, University of North Florida, Accident Reconstruction, Jacksonville, Florida        October 22-23, 1990

Guest Lecturer - Criminal Defense Attorneys, Traverse City, Michigan   November 3, 1990

Lecturer - St. John Hospital Staff, Detroit, Michigan, November 29-30, 1990

Guest Lecturer - 9th Annual Advanced Homicide Investigators Seminar, Toronto, Canada, February 12, 1991

Guest Lecturer - Macomb Bar Association, February 21, 1991

Guest Lecturer - 6th Medicolegal Investigation of Death Seminar, Morgantown, West Virginia, April 6, 1991

Lecturer - Federal Bureau of Investigation's Third Annual Violent Crime Seminar, Ann Arbor, Michigan, April 24, 1991

Lecturer - Macomb Emergency Response Group, St. Clair Shores, Michigan, April 25, 1991

Lecturer - Michigan State Police's Third Annual Prosecutors School (Fatal Fire Investigation), Tustin, Michigan, April 29, 1991

Guest Lecturer - Grosse Pointe Jewish Council, Grosse Pointe, Michigan, April 30, 1991

Guest Lecturer - Michigan Probation Officers, Frankenmuth, Michigan, May 23, 1991

Lecturer - Accident Reconstruction and Traffic Injuries, Institute of Police Technology and Management, Meriden, Connecticut, June 11, 1991

Lecturer - Pathology Review Course, Columbus, Ohio, May 27, 1991

Lecturer - St. John Hospital Emergency Room Physicians, Detroit, Michigan, May 29, 1991

Lecturer - Spectrum 91 International Symposium on Forensic Techniques, Detroit, Michigan, June 3, 1991

Lecturer - Accident Reconstruction and Traffic Injuries, Institute of Police Technology and Management, Hartford, Connecticut, June 11, 1991

Guest Lecturer - University of Michigan Pathology Residents, Ann Arbor, Michigan, September 24, 1991

Lecturer - 1991 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 29, 1991

Guest Lecturer - Michigan Corrections Association 59th Annual Conference, Mackinac Island, Michigan, October 2, 1991

Lecturer - Accident Reconstruction, Patterned Injuries: Driver, Passenger and Pedestrian; Illinois State University, Traffic Accident Reconstruction Conference, Bloomington, Illinois, October 10, 1991

Lecturer - Accident Reconstruction and Traffic Injuries, Institute of Police Technology and Management, Baltimore, Maryland, October 14, 1991

Guest Lecturer - Traffic Accident Reconstruction and Patterned injuries, America Society of Clinical Pathologists Seminar,   Chicago, Illinois, October 23, 1991

Guest Lecturer - 8th Israel Medical Week, Jerusalem, Israel, November 5, 1991

Lecturer - University of Windsor, Chemistry Students, Windsor, Canada, November 22, 1991

Guest Lecturer - Pontiac General Hospital Surgical Grand Rounds, Pontiac, Michigan, December 9, 1991

Lecturer - St. John Hospital Staff, Detroit, Michigan, January, 31, 1992

Lecturer - Federal Bureau of Investigation's Fourth Annual Violent Crime Seminar,   Ann

Arbor, Michigan, April 15, 1992

Guest Lecturer - Wayne County Medical Society, Detroit, Michigan, May 5, 1992

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal
Investigation of Death seminar, Romulus, Michigan, May 13 and 14, 1992

Lecturer - 1992 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York,
September 20, 1992

Lecturer - - Traffic Accident Reconstruction and Patterned injuries; Forensic Cases; 1er
Congreso Nacional De Ciencias Periciales En El Estado De Mexico, Mexico, September
21 to 23, 1992

Guest Lecturer - Macomb Emergency Response Group, St. Clair Shores, Michigan,
October 8, 1992

Lecturer - Michigan Association of Medical Examiners, Midland, Michigan, October 17, 1992

Lecturer - Simposium Internacional De Medicina Legal 92, Guayaquil, Ecuador,
October 30, 1992

Lecturer - Harper Hospital Pathology Residents, Detroit, Michigan, November 11 & 18, 1992

Guest Lecturer - Traffic Accident Reconstruction and Patterned injuries, General Motors
Research Chapter of Sigma Xi, Warren, Michigan, December 8, 1992

Lecturer - University of Windsor, Chemistry Students, Windsor, Canada, February 12, 1993

Lecturer - CACJ/CPDA Death Penalty Defense Seminar, Monterey, California,
February 13, 1993

Lecturer - St. John Hospital Staff, Detroit, Michigan, March 29, 1993

Lecturer - Federal Bureau of Investigation's Fourth Annual Violent Crime Seminar,   Ann
Arbor, Michigan, April 20, 1993

Guest Lecturer - Wayne County Medical Society, Detroit, Michigan, April 21, 1993

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal
Investigation of Death seminar, Dearborn, Michigan, April 22 and 23, 1993

Guest Lecturer - Criminal Defense Attorneys, Southfield, Michigan   April 24, 1993

Guest Lecturer - New York Society of Forensic Sciences, Lehman College, Bronx, New York,
April 28, 1993

Lecturer - Grace Hospital Staff, Detroit, Michigan, May 18, 1993

Lecturer - Forensic Cases: Gunshot/Shotgun injuries, Stab Wounds, Asphyxia, Blunt Force
injures, Traffic Accident Reconstruction and Patterned injuries, etc., Pathology Review
Course, Chicago, IL, May 24, 1993

Lecturer - Traffic Accident Reconstruction and Patterned injuries, Traffic Crime Seminar,

Toronto, Canada, June 1, 1993

Lecturer - Traffic Accident Reconstruction and Patterned injuries, Medicolegal Investigation of
Death Seminar, Grand Junction, Colorado, August 26 to 28, 1993

Lecturer - 1993 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York,
September 18, 1993

Lecturer - CACJ/CPDA Death Penalty Defense Seminar, Monterey, California, Feb. 19, 1994

Lecturer - Detroit Academy of Medicine, March 8, 1994

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal
Investigation of Death seminar, Dearborn, Michigan, March 24 and 25, 1994

Lecturer - Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic injuries, Harper
Hospital Staff, Detroit, Michigan, March 31, 1994

Lecturer - Detroit Riverview Hospital, Detroit, Michigan, April 15, 1994

Lecturer -   Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic injuries,
Pathology Review Course, Cincinnati, Ohio, May 24, 1994

Guest - CNN, Larry King Live, O.J. Simpson, June 29, 1994

Guest - David Newman Show, WHYZ, Detroit, Michigan   July 6, 1994

Lecturer - CPDA Homicide Seminar, Napa Valley, California, August 27, 1994

Guest Lecturer - City of Southfield, Emergency Management Director, Southfield, Michigan,
September 8, 1994

Lecturer - 1994 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York,
September 27, 1994

Lecturer - 1994 New York Police Department, Poughkeepsie, New York, October 6 and 7,
1994

Lecturer - Michigan Association of Medical Examiners, Midland, Michigan, October 29, 1994

Lecturer - St. John Hospital Staff, Detroit, Michigan, December 8, 1994

Lecturer - Macomb County Prosecutors and Police, Mt. Clemens, Michigan, January 19, 1995

Lecturer - CACJ/CPDA Death Penalty Defense Seminar, Monterey, California, Feb. 19, 1995

Lecturer - Medical Transcriptionists Assn., Bloomfield Hills, Michigan, March 11, 1995

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal
Investigation of Death seminar, Dearborn, Michigan, March 23 and 24, 1995

Lecturer - Pathology Review Course, Baltimore, Maryland, April 2, 1995

Lecturer - Federal Bureau of Investigation's Sixth Annual Violent Crime Seminar, Ann Arbor,

Michigan, April 11, 1995

Lecturer - Pathology Review Course, Chicago, Illinois, May 7, 1995

Lecturer -   Forensic Cases: Gunshot wounds, Stab wounds, Blunt Force injuries and Traffic Accident Reconstruction and Patterned injuries,   American Society of Clinical Pathologists, Williamsburg, Virginia, June 21, 1995

Lecturer - 1995 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 17, 1995

Lecturer - Sterling Heights Citizens Police Academy, Sterling Heights, Michigan, Oct. 5, 1995

Lecturer - Wayne County Judges, Detroit, Michigan, October 8, 1995

Guest Lecturer - Criminal Defense Attorneys, Traverse City, Michigan, November 3, 1995

Lecturer - Medical Examiner's staff, Big Rapids, Michigan, November 4, 1995

Lecturer - Detroit College of Law, Detroit, Michigan, November 15, 1995

Member - Organ Donation Panel, Lansing, Michigan, November 19, 1995

Lecturer - Grand Rapids Airport Personnel, Grand Rapids, Michigan, December 4, 1995

Lecturer - Beaumont Hospital Staff, Royal Oak, Michigan   January 24, 1996

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar, Dearborn, Michigan, March 21 and 22, 1996

Lecturer - Forensic Cases: Gunshot wounds, Stab Wounds, Blunt Force injuries and Traffic Accident Reconstruction and Patterned injuries, Flight Nurses Assn., Midland, Michigan, March 29, 1996

Lecturer - Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic injuries, Pathology Review Course, Chicago, Illinois, May 13, 1996

Lecturer - Carteret County Medical Society, North Carolina, May 16, 1996

Lecturer - St. Clair County Medical Examiner's staff, Port Huron, Michigan, May 28, 1996

Lecturer - Criminal Defense Attorneys, Lima, Ohio, September 20, 1996

Lecturer - 1996 NYPD Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 29, 1996

Guest Lecturer - Forense' 96, International Congress, Sao Paulo, Brazil, Oct. 6-12, 1996

Lecturer - Death Investigation Seminar, Springfield, Illinois, October 15-16, 1996

Lecturer - St. Clair County Medical Examiner's staff, Port Huron, Michigan, November 5, 1996

Lecturer - St. Clair County Medical Examiner's staff, Port Huron, Michigan, February 25, 1997

Chairman - Annual seminar - Wayne State University Continuing Education - Medical Legal

Investigation of Death seminar, Dearborn, Michigan, March 6 and 7, 1997

Guest Lecturer - Rush Presbyterian - St. Luke's Medical Center, Department of Pathology, March 24, 1997

Guest Lecturer - Criminal Defense Attorneys, Novi, Michigan, April 4, 1997

Lecturer в Grosse Pointe Woods Counsel, May 15, 1997

Lecturer в Oakland ANA ER Nurses, May 8, 1997

Lecturer в Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic Accident Reconstruction and Patterned injuries; City of Grosse Pointe Woods Department of Public Safety, June 19, 1997

Lecturer в Oakland County Emergency Nurses Association, October 8, 1997

Lecturer в Wayne State University Health Center в ER Residents, November 20, 1997

Lecturer в Sex, Science and Criminal Defense: A Medical-Legal Seminar в   Ohio Association of Criminal Defense Lawyers, March 27, 1998

Lecturer в Evaluation and Reconstruction of Traffic Accidents, Medicolegal Investigation of Death Seminar - Robert C. Byrd Health Sciences Center of West Virginia, April 25, 1998

Lecturer в Death Penalty Seminar, Ohio, May 14, 1998

Lecturer в Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic injuries Pathology Review Course, Osler, Toledo, May 16, 1998

Lecturer - Wolfreiser, June 18, 1998

Lecturer в Forensic Cases: Gunshot wounds, Stab wounds, Blunt and Traffic Accident Reconstruction and Patterned injuries, Illinois Coroners Assn., Collinsville, Illinois, August 24-26, 1998

Lecturer в Forensic Cases: Gunshot wounds, Stab wounds, Blunt Force and Identification of Traffic Crash injuries, University of Michigan Department of Pathology, September 22, 1998

Lecturer в   Evaluation and Reconstruction of Traffic Accidents, Patterned Injuries: Drivers, Passengers and Pedestrian, Macomb County в Traffic Evidence, October 6, 1998

Lecturer в Michigan State Police Forensic Science Laboratory, October 21, 1998

Lecturer в Michigan Association of Medical Examiners Annual Conference, Oct. 23-25, 1998

Lecturer - Pattern Injury в Nurse Examiner Conference, June 28, 1999

Lecturer в Criminal Advocacy Program, September 10, 1999

Lecturer в New York State Police в Colonel Henry F. Williams Homicide Seminar,

September 18, 1999

Lecturer в Pathology Review Course, Osler, Chicago, September 26, 1999

Lecturer - Annual Investigation for Identification Educational Conference - Pensacola, Florida, September 30, 1999.

Lecturer в Forensic Investigation: Blueprint for Failure в   Techniques & Strategies in Forensic Investigation в   27th Annual Florida Medical Examiners & 7th Annual Investigation for Identification Combined Educational Conference, October 1, 1999

Lecturer вEvaluation and Reconstruction of Traffic Accidents, Patterned Injuries: Drivers, Passengers and Pedestrian, Port Huron, Michigan, October 19, 1999

Lecturer в Advocates Polish American Bar Association, October 21, 1999

Lecturer в Grosse Pointe Jewish Council, Adult Cultural October Doubleheader, October 27, 1999

Lecturer в Erie County Bar Association, Sandusky, Ohio, December 10, 1999

Lecturer в American Academy of Forensic Science в Odontology Section,    February 25, 2000

Lecturer в 17th Annual Emergency & Critical Care Conference в    Survival Flight в University of Michigan Flight Nurses, March 10, 2000

Lecturer в Life in the Balance 2000: Defending Death Penalty Cases, March 25-28, 2000

Lecturer в Cases & O.J. Simpson, Port Huron, Michigan, May 16, 2000

Lecturer в St. John Hospital, November 1, 2000

Lecturer в National Seminar on Forensic Evidence and the Criminal Law в    Philadelphia, Pennsylvania, November 2-5, 2000

Lecturer в University of Michigan в Department of Pathology, December 5, 2000

Lecturer в Balistics & Trauma в St. John Surgical & ER Physicians, January 18, 2001

Lecturer в Criminal Defense Attorneys of Michigan, Novi, Michigan March 1-3, 2001

Lecturer в Life in the Balance 2001: Defending Death Penalty Cases в National Legal Aid & Defender Association, March 3-6, 2001

Lecturer в Expert of All Sorts seminar в Ohio Association of Criminal Defense Lawyers, May 4, 2001

Lecturer в Famous Medical Mysteries в The Mamonides Society, February 28, 2002

Lecturer в Michigan Funeral Directors в Frankenmuth, Michigan, March 7, 2002

Lecturer в 18th Annual Emergency & Critical Care Conference в          Survival Flight в

University of Michigan Flight Nurses, March 8, 2002

Lecturer в National Legal Aid & Defender Association в Kansas City, March 12, 2002

Lecturer в Federal HAT Counsel в New Orleans, April 12, 2002

Lecturer в SANE Nurses в Macomb Community College, May 8, 2002

Lecturer в MESI Class в West Branch, Michigan, May 10, 2002

Lecturer в Bluewaterland Emergency Care Conference в Sarnia, Ontario, Canada, May 31, 2002

Lecturer в 16th International Association of Forensic Science, Montpelier, France, September 2 - 7, 2002

Lecturer в Henry F. Williams Homicide Seminar в Albany, New York, September 22, 2002.

Lecturer в Jahrestagung Deutsche Gesellschaft fur Rechtsmedizin в Ronstock, Germany, September 24 - 25, 2002.

Lecturer в Advocates, Polish American Bar Association в Hamtramck, Michigan, February 13, 2003.

Lecturer в 19th Annual Emergency & Critical Care Conference в University of Michigan Survival Flight, March 21, 2003.

Lecturer - Medical Examiners Investigators Training - Genesee & Lapeer County, Michigan, April 14, 2003.

Lecturer - Evaluation and Reconstruction of Traffic Accidents, Patterned Injuries: Drivers, Passengers and Pedestrian, Indiana State Coroner=s Association - Clarksville, Indiana, June 23, 2003.

Lecturer - Accident Reconstruction, Michigan Traffic Accident Investigators, Sterling Heights, Michigan, October 3, 2003.

Lecturer - Forensic Cases: Gunshot wounds, Stab wounds, Blunt Force and Identification of Traffic Crash injuries, Pathology Review Course, Osler - Chicago Lecture, November 2, 2003.

Lecturer - Turning Point=s Forensic Nurse Examiner Program, - Macomb County Community College, January 20, 2004.

Lecturer - Funeral Directors Meeting, Frankenmuth, Michigan, March 11, 2004.

Chairman - Annual Seminar 28th year - Wayne State University Continuing Education - Medical Legal Investigation of Death seminar. April 21-23, 2004.

Lecturer - Colonel Henry F. Williams Homicide Seminar - Albany, New York, October 4, 2004.

Lecturer - Medical Examiners Investigators Training - Port Huron, Michigan, October 6, 2004.

Lecturer - Indiana Division of the International Association for Identification - Fort Wayne, Indiana, October 19, 2004

Lecturer - Saint Mary=s Emergency Trauma Conference - Saginaw, Michigan, Oct. 22, 2004.

Lecturer - Turning Point=s SANE nurses seminar, Macomb County Community College, November 12, 2004.

Lecturer - Survival Flight - 21 Annual Emergency and Critical Care Conference, University of Michigan, March 17, 2005.

Lecturer - Evaluation and Reconstruction of Traffic Accidents, Patterned Injuries: Drivers, Passengers and Pedestrian, Interpretation of injuries - 19th Medicolegal Investigation of Death Seminar, University of West Virginia in Morgantown, West Virginia, April 2, 2005.

Lecturer - Wayne State   Wayne State University Continuing Education - Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 20-22, 2005.

Lecturer - Wisconsin Coroner and Medical Examiner Association, Wisconsin - key note speaker for Medical Examiner and Coroners in significance of Forensic Pathology. June 6-7, 2005

Lecturer - New York State Police HFW Seminar - 18th Annual Colonel Henry F. Williams Homicide Seminar, Albany, New York, September 18, 2005

Lecturer - 11th Annual Investigation for Identification Educational Conference - Patterned Injuries, Tall Tales - Pensacola, Florida, September 30, 2005

Lecturer - Turning Point=s SANE nurses seminar, Macomb County Community College, November 4, 2005

Lecturer - Survival Flight - 22nd Annual Emergency and Critical Care Conference, University of Michigan, March 26, 2006.

Director and Lecturer - Wayne State, Wayne State University Continuing Education - Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 26-28, 2006.

Lecturer - Henry Ford Academy, Introduction to Forensic Investigation, October 30, 2006.

Director and Lecturer - Wayne State   Wayne State University Continuing Education - Medicolegal Investigation of Death seminar, Las Vegas, Nevada, November 29-December 1, 2006.

Lecturer - Survival Flight - 23rd Annual Emergency and Critical Care Conference, University of Michigan, March 22, 2007.

Director and Lecturer - Wayne State, Wayne State University Continuing Education - Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 25-27, 2007.

Lecturer - St. John Hospital, ER Department, September 5, 2007.

Lecturer - XVIII Simposium Internacional De Medicina Legal, Guayaquil, Ecuador, November 13-16, 2007

Director and Lecturer - Wayne State   Wayne State University Continuing Education, Medicolegal Investigation of Death seminar, 2nd annual, Las Vegas, Nevada, December 5, 6 and 7, 2007.

Lecturer - Survival Flight - 24th Annual Emergency and Critical Care Conference, University of Michigan, April 2, 2008.

Director and Lecturer - Wayne State, Wayne State University Continuing Education, Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 23-25, 2008.

Guest Lecturer - XVIV Simposium Internacional De Medicina Legal, Guayaquil Ecuador, December 3, 4 and 5, 2008.

Lecturer - Survival Flight - 25th Annual Emergency and Critical Care Conference, University of Michigan, March 18, 2009.

Guest Lecturer - New York State Association of County Coroners and Medical Examiners, AMurder, Mystery and Mayhem,@, Lewiston, New York, March 20-22, 2009.

Director and Lecturer - Wayne State, Wayne State University Continuing Education, 33rd Annual Medicolegal Investigation of Death seminar, Dearborn, Michigan, April 22-24, 2009.

Lecturer - Wayne State University, School of Medicine, Department of Industrial Hygiene, Forensic Issues at the Workplace, October 6, 2009.

Keynote Lecturer - Historical Review of Mortality, University of Michigan Survival Flight, Ann Arbor, Michigan, March 17, 2010

Director and Lecturer - Wayne State, Wayne State University Continuing Education, 34th     Annual Medi 2010.

Guest Lecturer - Michigan EMS Expo, Grand Rapids, Michigan, April 24, 2010.

Guest Lecturer and Chairman of the Pathology Division - VII Congress Latinamerican Association of Medical Law, Santiago, Chile, November 10-12, 2010.

Guest Lecturer - XVIV Simposium Internacional De Medicina Legal, Guayaquil, Ecuador, December 1-3, 2010

Guest Lecturer - Simposium Internacional De Medicina Legal, Guayaquil, Ecuador, November, 2012

Lecturer - Survival Flight - Annual Emergency and Critical Care Conference, University of Michigan, 2011, 2012, 2013

Guest Lecturer - Michigan EMS Expo, Grand Rapids, Michigan, 2011. 2012

Guest Lecturer - Michigan EMS Expo, Detroit, Michigan, 2013

**COURSES TAUGHT FOR WAYNE STATE (1988 to PRESENT)**

Chairman - Annual seminar - Wayne State University Continuing
        Education - Medical Legal Investigation of Death
        seminar (Dearborn, Michigan) 2013 is the 37th year.

      *Lecture Topics have included*:
      Gunshot and Shotgun wounds
      Sharp Force Injury and Stab wounds
      Traffic Accident Reconstruction; injuries to Drivers, Passengers and Pedestrians, and
      Motorcyclists
      Deaths in Children
      Asphyxiation and Hanging
      Postmortem changes

Chairman - Annual seminar - Wayne State University Continuing
        Education - Medical Legal Investigation of Death
        seminar.   (Las Vegas) 2008 is the 2nd year.

1988   October 5, 12, 19 and 26
       November 2, 9, 16, 23, and 30
       December 7 and 14
       Forensic Pathology course for Pathology Residents

1988   November 4 and 7
       Forensic Pathology course for Sophomore Medical
       Students

1988   November 3
       Forensic Pathology course for Sophomore Medical
       Students

1990   October 26
       Forensic Pathology Course for Sophomore Medical
       Students

1991   October 9
       Forensic Pathology course for Pathology Residents

1991   October 16
       Forensic Pathology course for Pathology Residents

1991   October 23
       Forensic Pathology course for Pathology Residents

1991   October 25
       Forensic Pathology Course for Sophomore Medical
       Students

1992   October 23
       Forensic Pathology Course for Sophomore Medical
       Students

1993    March 31
        Forensic Anthropology

1994    April 21
        Forensic Anthropology

2009    October 6
        Department of Industrial Hygiene, Forensic Issues at the Workplace

2012    October - November
        Forensic Pathology course for Pathology Residents

2013    June - December
        Forensic Pathology course for Pathology Residents
        June 14        Fire
        Aug 9          Gunshot wounds
        Sept 13        Stab wounds - Cutting and Sharp Force injury
        Oct 4          Blunt trauma
        Nov 1          Drowning & Traffic
        Nov 22         Asphyxia
        Dec 6          Head injuries

dk:curriculumv.wpd