UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DISABILITY RIGHTS FLORIDA, INC.,
on behalf of its Clients and Constituents,

    Plaintiffs,

vs.

JULIE JONES, Secretary, Florida
Department of Corrections, in his Official
Capacity; WEXFORD HEALTH SOURCES,
INC.; and FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the State
of Florida,

    Defendants.
_____/

Civil Action No. 14-23323-civ-Scola
Consolidated Action Case No. 14-24140-civ-Scola

ANDRE CHAPMAN, as personal
representative of the ESTATE OF
DARREN RAINEY, on behalf of the
Estate, and on behalf of Darren Rainey's
Survivors, Andre Chapman, Renee
Chapman, Deborah Johnson, Chnieaqua
Breelove and Harold Marr,

    Plaintiffs,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the State
Of Florida, CORIZON, LLC, an out-of-
State limited liability corporation doing business
and registered in Florida, ROLAND CLARKE,
CORNELIUS THOMPSON and JERRY CUMMINGS

    Defendants.
_____/

**DEFENDANTS CLARKE AND THOMPSON'S NOTICE OF FILING IN SUPPORT OF MOTION TO COMPEL PRODUCTION PURSUANT TO SUBPOENA SERVED ON MIAMI DADE MEDICAL EXAMINER**

Defendants, ROLAND CLARKE and CORNELIUS THOMPSON, by and through undersigned counsel, file the attached Affidavit of Wayne K. Ross, M.D., in support of their Motion to compel Production Pursuant to Subpoena Served on Miami Dade Medical Examiner.

I hereby certify that on this 14th day of July, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

MARRERO & WYDLER
*Attorneys for Defendants, Clarke and Thompson*
Douglas Centre, PH-4
2600 Douglas Road
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)

BY __/s/  Oscar E. Marrero_____
     OSCAR E. MARRERO
     F.B.:  372714
     LOURDES E. WYDLER
     F.B.:  719811
     ALEXANDRA C. HAYES
     F.B.:109482

**SERVICE LIST**
**1:14-cv-23323-RNS**

Co-Counsel for Plaintiff:
Milton C. Grimes, Esq.
FBN #134686
miltgrim@aol.com
Law Offices of Milton C. Grimes, APC
3774 W. 54th Street
Los Angeles, CA 90043
(323) 295-3023
(323) 295-3708 (fax)
mcglaws.mnoel@gmail.com

Co-Counsel for Plaintiff:
Annette Newman, Esquire
FBN #84537
Law Office of Annette Newman, LLC
LAW OFFICE OF ANNETTE NEWMAN, LLC
101 N. E. 3rd Avenue, Ste. 1500
Ft. Lauderdale, FL 33301-1181
1-888-333-5580
annettenewmanesq@gmail.com

Co-Counsel for Plaintiff (*pro hac vice*):
Vicki I. Sarmiento, Esquire
Law Offices of Vicki I. Sarmiento
333 N. Garfield Avenue
Alhambra, CA 91801
(626) 308-1171
vsarmiento@vis-law.com

Counsel for Miami Dade County Medical Examiner
Christopher A. Angell, Esquire
Miami-Dade County Attorney's Office
111 N.W. First Street, Suite 2810
Miami, FL 33128
(305) 375-1024
(305) 375-5611 (fax)
angellc@miamidade.gov

Counsel for Defendant, Florida Department of Corrections

Lance E. Neff, Senior Assistant Attorney General
F.B.N. 26626
lance.neff@myfloridalegal.com
(850) 414-3633
(850) 488-4872 (fax)
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
(850) 414-3633
(850) 488-4872 (fax)
liliana.andrade@myfloridalegal.com
JoAnn.Bova@myfloridalegal.com

Counsel for Defendant, Corizon, L.L.C.:
Gregg Alan Toomey, Esq.
FBN #159689
The Toomey Law Firm LLC
1625 Hendry Street, #203
Ft. Myers, FL 33901
(239) 337-1630
(239) 337-0307 (fax)
gat@thetoomeylawfirm.com
alr@thetoomeylawfirm.com
csb@thetoomeylawfirm.com

Counsel for Defendant, Jerry Cummings:
Sheridan Weissenborn, Esquire
FBN: 165960
DUTTON LAW GROUP, P.A.
9700 S. Dixie Highway, Suite 940
Miami, FL 33156
(786) 871-7971
(786) 542-6655 (fax)
sweissenborn@duttonlawgroup.com
nvallecillo@duttonlawgroup.com