UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DISABILITY RIGHTS FLORIDA, INC.,
on behalf of its Clients and Constituents,

      Plaintiffs,

vs.

MICHAEL D. CREWS, Secretary, Florida
Department of Corrections, in his Official
Capacity; WEXFORD HEALTH SOURCES,
INC.; and FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the State
of Florida,

      Defendants.
_____/

Civil Action No. 14-23323-civ-Scola
Consolidated Action Case No. 14-24140-civ-Scola

ANDRE CHAPMAN, as personal
representative of the ESTATE OF
DARREN RAINEY, on behalf of the
Estate, and on behalf of Darren Rainey's
Surivivors, Andre Chapman, Renee
Chapman, Deborah Johnson, Chnieaqua
Breelove and Harold Marr,

      Plaintiffs,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the State
Of Florida, CORIZON, LLC, an out-of-
State limited liability corporation doing business
and registered in Florida, ROLAND CLARKE,
CORNELIUS THOMPSON and JERRY CUMMINGS

      Defendants.
_____/

## AFFIDAVIT OF WAYNE K. ROSS, M.D.

STATE OF PENNSYLVANIA

)ss

COUNTY OF CHESTER

BEFORE ME, the undersigned authority, personally appeared Wayne K. Ross, M.D., who after being first duly sworn, deposes and says:

1. My name is Wayne K. Ross, M.D. I am of majority age and I have personal knowledge of the facts set forth herein.

2. I am a Board Certified Forensic Pathologist since 1989. I presently serve as the Forensic Pathologist and Deputy Coroner in Dauphin County, Pennsylvania. I am also a Forensic Pathologist for Lancaster County and Cumberland County in Pennsylvania. I previously worked as a Medical Examiner in Dekalb, Cobb, and Gwinnett Counties in Georgia as well as Warren County in New Jersey.

3. I have been retained as an expert in this matter by the attorneys representing Roland Clarke and Cornelius Thompson. I would like to perform a diligent examination to assess all of the organ systems of the deceased individual in this case. This would ideally and more conveniently be performed using my own microscope at my Medical Examiner's office in Pennsylvania. The ease of using my own equipment for the examination will facilitate the findings necessary to render my opinions. I will take photographs to show the jury what is going on with the organs. Therefore, I would like to receive recuts of all the tissue slides. These tissue slides will be unstained slides of all the tissue preserved as a result of the autopsy performed on Darren Rainey.

4.   It is my opinion within reasonable medical probability that embedded tissue is preserved pieces of organs and tissue from a deceased person's body. The preserved pieces of organs and/or tissue are processed and embedded in paraffin wax blocks. Re-cuts are organs or tissue taken from the paraffin wax blocks containing the pieces of organs and tissue from a deceased person's body. These are reviewed by pathologists as part of the process to determine the cause and manner of death.

5.   Furthermore, recuts of human tissue taken from paraffin blocks can have microscopic changes. However, the probability of those changes occurring is extremely low. Pathologists recognize recuts are commonly referred to as the same tissue, but recuts may have miniscule variations. Those scientifically possible, but small variations alone do not affect the outcome of an examination. This is why recuts of tissues and organs are routinely done in the field of forensic pathology.

6.   I frequently receive recuts of tissues and organs sent by other medical examiner offices for me to examine. Similarly, it is not unusual for my office to send recuts of tissues or organs to other medical examiners for examination, and to determine the manner and cause of death.

7.   In addition, I have been involved in cases where the medical examiners' offices performed an autopsy on a person that made one set of recuts and created stained slides. The medical examiners' offices have subsequently sent the same slides to each of the parties involved in the litigation. This method permits different experts to review the same samples. The persons involved in those matters have utilized Federal Express to deliver the recuts from party to party.

FURTHER AFFIANT SAYETH NOT.

_____
WAYNE K. ROSS, M.D.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jacqueline L. Praedin, Notary Public
City of Allentown, Lehigh County
My Commission Expires March 13, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES