UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-cv-23323-RNS
Consolidated Case No. 1:14-cv-24140-RNS

ANDRE CHAPMAN, as Personal
Representative of the ESTATE OF
DARREN RAINEY, on behalf of the
Estate, and on behalf of Darren Rainey's
Surviving Relatives, Andre Chapman,
Renee Chapman, Deborah Johnson,
Chnieaqua Breelove and Harold Marr,

      Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,
an Agency of the State of Florida, CORIZON, L.L.C.,
an out-of-state limited liability corporation doing
business and registered in Florida, ROLAND
CLARKE, CORNELIUS THOMPSON and JERRY
CUMMINGS,

      Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Andre Chapman's ("Plaintiff") Motion to Compel Production Pursuant to Subpoena Served on Miami-Dade Medical Examiner [D.E. 200]; Defendants Roland Clarke ("Clarke") and Cornelius Thompson's ("Thompson") Motion to Compel Production Pursuant to Subpoena Served on Miami-Dade Medical Examiner [D.E. 206]; and Defendant Corizon, LLC's ("Corizon") Notice of Joinder [D.E. 208] (collectively, "Motions to Compel"). These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 76]. The undersigned held a

2

hearing on these matters on July 7, 2017 and on July 14, 2017.  Having considered the arguments of counsel, the provisions of the Medical Examiner Code, and the past practices of the Medical Examiner, it is

ORDERED AND ADJUDGED that the Motions to Compel [D.E. 200, 206 & 208] are GRANTED as follows:

1. The Medical Examiner shall provide stained slides of re-cuts of each embedded tissue to: 1) Plaintiff; 2) Clarke and Thompson; and 3) Corizon within **10 days of the date of this Order**.

2. The production shall be subject to a chain of custody protocol that will ensure that the re-cuts are returned to the Medical Examiner without being subjected to any destructive manipulation, at the conclusion of the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of July, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Robert N. Scola, Jr.
      Counsel of Record