United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Disability Rights Florida, Inc., )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Julie Jones, as Secretary, Florida )<br>Department of Corrections, Wexford )<br>Health Sources, Inc., and Florida )<br>Department of Corrections, )<br>Defendants. ) | Consolidated Action Case No. 14-23323-Civ-Scola (Orig. Case No. 14-24140-Civ-Scola) |

### Order of Dismissal of the Disability Rights Case Only

The parties jointly ask the Court to dismiss, with prejudice, the portion of this case that is between Plaintiff Disability Rights Florida, Inc. and Defendants Julie L. Jones, the Florida Department of Corrections, and Wexford Health Sources, Inc. in accordance with Federal Rule of Civil Procedure 41(a)(2). (Joint Mot. to Dismiss, ECF No. 231). The Court **grants** the motion (**ECF No. 231**) and dismisses, with prejudice, that portion of this consolidated action only. The Court reserves jurisdiction to enforce the parties' settlement agreement and to determine reasonable attorneys' fees and expenses should the parties find themsleves unable to resolve such issues on their own. The dismissal of this action does not affect the remaining litigation (originally encompassed in the 14-24140-Civ-Scola case) between Plaintiff Andre Chapman and Defendants Florida Department of Corrections, Corizon, LLC, Roland Clarke, Cornelius Thompson, and Jerry Cummings. The case is therefore to remain open.

**Done and ordered** in chambers, at Miami, Florida, on November 8, 2017.

Robert N. Scola, Jr.
United States District Judge