UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-cv-23323-RNS
Consolidated Case No. 1:14-cv-24140-RNS

ANDRE CHAPMAN, as Personal
Representative of the ESTATE OF
DARREN RAINEY, on behalf of the
Estate, and on behalf of Darren Rainey's
Surviving Relatives, Andre Chapman,
Renee Chapman, Deborah Johnson,
Chineaqua Breelove and Harold Marr,

      Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the
State of Florida, CORIZON, L.L.C., an
out-of-state limited liability corporation
doing business and registered in Florida,
ROLAND CLARKE, CORNELIUS
THOMPSON and JERRY
CUMMINGS,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY #324**

Plaintiff, by and through undersigned counsel hereby files this Notice of Striking Docket Entry #324 and in support states as follows:

On August 29, 2018, Plaintiff Andre Chapman e-filed his Reply to Response filed by Personal Representative Joyce Anderson on behalf of Estate of Daralyn Anderson to Plaintiff's Petition for Determination and Allocation of Wrongful Death Damages (Dkt #324) and at the time of e-filing inadvertently linked it to Personal Representative's Motion to Intervene Regarding Determination and Allocation of Wrongful Death Damages (Dkt #318).

Plaintiffs' Reply had to be linked to the document Personal Representative Joyce Anderson's Response to Plaintiff Andre Chapman's Petition for Determination and Allocation of Wrongful Death Damages (Dkt #322).

WHEREFORE, Plaintiff, by and through his undersigned counsel, request this Court to strike Docket entry #324 as moot.

*Respectfully submitted,*

  /s/ *Annette Newman*
Annette Newman, Esq., Florida Bar No. 84537
**LAW OFFICE OF ANNETTE NEWMAN, LLC**
101 NE 3rd Ave., Ste. 1500
Ft. Lauderdale, FL 33301-1181
Telephone: (888) 333-5580
Email: annettenewmanesq@gmail.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2018 a true and correct copy of the foregoing and all attachments has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all counsel or parties of record registered with the Court for that purpose.

Monica Stinson, Esq.
Senior Assistant Attorney General
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, FL 32399-1050
Monica.Stinson@myfloridalegal.com
*Attorneys for Defendant FDOC*

Gregg A. Toomey, Esq.
THE TOOMEY LAW FIRM LLC
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: (239) 337-1630
Fax: (239) 337-030
Email: GAT@thetoomeylawfirm.com
hms@thetoomeylawfirm.com
arl@thetoomeylawfirm.com
*Attorneys for Defendant Corizon, LLC*

Sheridan Weissenborn, Esq.
DUTTON LAW GROUP, PA
9700 S. Dixie Hwy., Suite 940
Miami, FL 33156
Phone: (786) 871-7971
Fax: (239) 337-030
Email:
sweissenborn@duttonlawgroup.com
nvallecillo@duttonlawgroup.com
*Attorneys for Defendant Jerry Cummings*

Lourdes Espino Wydler, Esq.
Oscar Marrero, Esq.
Alexandra C. Hayes, Esq.
MARRERO & WYDLER
Douglas Centre PH-4
2600 Douglas Rd.
Coral Gables, FL 33134
Phone: (305) 446-5528
Fax: (305) 446-0995
Email: lew@marrerolegal.com
oem@marrerolegal.com
ach@marrerolegal.com
*Attorneys for Defendants Roland Clarke and Cornelius Thompson*

John R. Sutton, Esq.
SUTTON LAW GROUP, P.A.
7721 SW 62nd Ave., First Floor
South Miami, FL 33143
Phone: (905) 667-4481
Email: Info@SuttonLawGroup.com

Max Price, Esq.
LAW OFFICE OF MAX R. PRICE, P.A.
6701 Sunset Drive, Suite 104
Miami, FL
Phone: (305) 662-2272
Email: mprice@pricelegal.com

Linda Bellomio Commons, Esq.
LAW OFFICE OF LINDA B.
COMMONS, P.A.
P.O. Box 340261
Tampa, FL 33694
Phone: (352) 610-4416
Email: lcommons@aol.com