UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-cv-23323-RNS
Consolidated Case No. 1:14-cv-24140-RNS

ANDRE CHAPMAN, as Personal Representative of the ESTATE OF DARREN RAINEY, on behalf of the Estate, and on behalf of Darren Rainey's Surviving Relatives, Andre Chapman, Renee Chapman, Deborah Johnson, Chineaqua Breelove and Harold Marr,

   Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS, an Agency of the State of Florida, CORIZON, L.L.C., an out-of-state limited liability corporation doing business and registered in Florida, ROLAND CLARKE, CORNELIUS THOMPSON and JERRY CUMMINGS,

   Defendants.

_____/

**PLAINTIFF'S NOTICE OF ERRATA RE DTK. ENTRY 327-3 "DECLARATION OF JOHN R. SUTTON"**

Plaintiff hereby files this Notice of Errata regarding Dtk. Entry #327-3 "Declaration of John R. Sutton" filed on August 30, 2018, in support of the "Reply by Plaintiff Andre Chapman as Personal Representative of Estate of Darren Rainey to Response Filed by Personal Representative Joyce Anderson on Behalf of Estate of

Daralyn Anderson to Plaintiff's Petition for Determination and Allocation of Wrongful Death Damages" (Dkt. #327). Due to a clerical error and inadvertence, the wrong declaration of Mr. Sutton was filed. Counsel only this morning after the Labor Day holiday became aware of the error.

Plaintiff will file contemporaneously herewith a "Correct Declaration of John R. Sutton."

*Respectfully submitted*,


_____/s/ **Annette Newman**_____
Annette Newman, Esq., Fla. Bar. No. 84537
LAW OFFICE OF ANNETTE NEWMAN, LLC
101 NE 3rd Ave., Ste. 1500
Ft. Lauderdale, FL 33301-1181
Tel. (888) 333-5580
Email: annettenewmanesq@gmail.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 4, 2018 a true and correct copy of the **PLAINTIFF'S NOTICE OF ERRATA RE DTK. ENTRY 327-3 "DECLARATION OF JOHN R. SUTTON"** has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all counsel or parties of record registered with the Court for that purpose.

Monica Stinson, Esq.
Senior Assistant Attorney General
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, FL 32399-1050
Monica.Stinson@myfloridalegal.com
*Attorneys for Defendant FDOC*

Gregg A. Toomey, Esq.
THE TOOMEY LAW FIRM LLC
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: (239) 337-1630
Fax: (239) 337-030
Email: GAT@thetoomeylawfirm.com
hms@thetoomeylawfirm.com
arl@thetoomeylawfirm.com
*Attorneys for Defendant Corizon, LLC*

Sheridan Weissenborn, Esq.
DUTTON LAW GROUP, PA
9700 S. Dixie Hwy., Suite 940
Miami, FL 33156
Phone: (786) 871-7971
Fax: (239) 337-030
Email:
sweissenborn@duttonlawgroup.com
nvallecillo@duttonlawgroup.com
*Attorneys for Defendant Jerry Cummings*

Lourdes Espino Wydler, Esq.
Oscar Marrero, Esq.
Alexandra C. Hayes, Esq.
MARRERO & WYDLER
Douglas Centre PH-4
2600 Douglas Rd.
Coral Gables, FL 33134
Phone: (305) 446-5528
Fax: (305) 446-0995
Email: lew@marrerolegal.com
oem@marrerolegal.com
ach@marrerolegal.com
*Attorneys for Defendants Roland Clarke and Cornelius Thompson*

John R. Sutton, Esq.
SUTTON LAW GROUP, P.A.
7721 SW 62nd Ave., First Floor
South Miami, FL 33143
Phone: (905) 667-4481
Email: Info@SuttonLawGroup.com

Max Price, Esq.
LAW OFFICE OF MAX R. PRICE, P.A.
6701 Sunset Drive, Suite 104
Miami, FL
Phone: (305) 662-2272
Email: mprice@pricelegal.com

Linda Bellomio Commons, Esq.
LAW OFFICE OF LINDA B.
COMMONS, P.A.
P.O. Box 340261
Tampa, FL 33694
Phone: (352) 610-4416
Email: lcommons@aol.com