UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-cv-23323-RNS
Consolidated Case No. 1:14-cv-24140-RNS

ANDRE CHAPMAN, as Personal
Representative of the ESTATE OF
DARREN RAINEY, on behalf of the
Estate, and on behalf of Darren Rainey's
Surviving Relatives, Andre Chapman,
Renee Chapman, Deborah Johnson,
Chineaqua Breelove and Harold Marr,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the
State of Florida, CORIZON, L.L.C., an
out-of-state limited liability corporation
doing business and registered in Florida,
ROLAND CLARKE, CORNELIUS
THOMPSON and JERRY
CUMMINGS,

    Defendants.
_____/

**REPLY BY PLAINTIFF ANDRE CHAPMAN AS PERSONAL
REPRESENTATIVE OF ESTATE OF DARREN RAINEY TO RESPONSE
FILED BY CORIZON, LLC TO PLAINTIFF'S PETITION FOR
DETERMINATION AND ALLOCATION OF WRONGFUL DEATH
DAMAGES**

Defendant Corizon (hereafter "Corizon") indicates it would like "an order from a court with jurisdiction directing payment somewhere" and "if this Court finds jurisdiction, Corizon will happily deposit its share of the settlement wherever the Court directs." (Dkt. 315 at 6, 7). The Court has the jurisdiction to issue such an order, and Plaintiffs respectfully request that it do so.

Ms. Commons has filed an appeal concerning the striking of her lien without an evidentiary hearing. (Dkt. 300). Defendant Corizon suggests that once she filed her appeal, "this Court arguably lost jurisdiction" to grant Plaintiff's Petition for Determination and Allocation of Wrongful Death Damages ("Petition"). (Dkt. 315 at 6). As Defendant notes, the filing of an appeal divests the court of jurisdiction over certain matters. *See generally Griggs v. Provident Consumer Discount Co*, 459 U.S. 56, 58 (1982). However, the court has jurisdiction and must exercise it "over matters collateral to those issues on appeal." *Sutter v. United States*, 703 Fed. Appx. 774, 776-77 (11th Cir. 2017). Ms. Commons' appeal concerns only the collateral issue of her lien and entitlement to fees. Her appeal does not divest this Court of jurisdiction to make all appropriate orders on the other pending issues in this case; in particular, those in Plaintiffs' pending Petition.

This Court has jurisdiction to order distribution of the settlement funds. Ms. Commons' appeal concerns the striking of a charging lien to which she claimed she was entitled. A charging lien is a means "to secure the attorney's right to have

costs and fees owed for legal services secured by the recovery in a lawsuit."

*Austin & Laurato, P.A. v. United States*, 539 F. App'x 957, 961 (11th Cir. 2013).

The Petition requests distribution and allocation of the settlement proceeds, and that the amount claimed by Ms. Commons as her fees and costs be retained in an interest bearing trust account pending the resolution of her appeal.  (*See* Dkt. 314 at 15-16).  Such an order does not affect her claim to a "charging lien" or right to costs or fees, or any issue on her appeal.  Ms. Commons' entire interest is secured.

Defendants have no interest in retaining the settlement funds.  They, too, acknowledge that an order distributing the settlement funds should issue.  (Dkt. 315 at 7).  Plaintiffs request that this Court issue such an order and resolve any outstanding issues related to it as requested in the Petition, both of which are within this Court's jurisdiction to do.

//
//
//
//
//
//
//
//

## CONCLUSION

For the foregoing reasons and those outlined in Plaintiff's Petition for Determination and Allocation of Wrongful Death Damages (Dkt. 314) and Plaintiff's further briefing in support thereof, Plaintiffs respectfully request that the Petition be granted. The Court plainly has jurisdiction to provide the requested relief notwithstanding Ms. Commons' collateral appeal.

Dated:  September 7, 2018

        Respectfully submitted,

By: /s/ Milton C. Grimes
Milton C. Grimes, Esq.
**LAW OFFICES OF MILTON C. GRIMES, APC**
3774 W. 54th St.
Los Angeles, CA 90043
Phone: (323) 295-3023
Fax: (323) 295-3708
Email: miltgrim@aol.com
*Attorneys for Plaintiffs*
– And –

By: /s/ Annette Newman

Anette Newman, Esq., Florida Bar No. 84537
**LAW OFFICES OF ANETTE NEWMAN, LLC**
101 NE 3rd Ave., Ste. 1500
Ft. Lauderdale, FL 33301-1181
Telephone: (888) 333-5580
Email: annettenewmanesq@gmail.com
*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 7, 2018 a true and correct copy of the REPLY BY PLAINTIFF ANDRE CHAPMAN AS PERSONAL REPRESENTATIVE OF ESTATE OF DARREN RAINEY TO RESPONSE FILED BY CORIZON, LLC TO PLAINTIFF'S PETITION FOR DETERMINATION AND ALLOCATION OF WRONGFUL DEATH DAMAGES has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all counsel or parties of record registered with the Court for that purpose.

| | |
|---|---|
| Monica Stinson, Esq.<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>The Capitol, Suite PL-01<br>Tallahassee, FL 32399-1050<br>Monica.Stinson@myfloridalegal.com<br>*Attorneys for Defendant FDOC* | Gregg A. Toomey, Esq.<br>THE TOOMEY LAW FIRM LLC<br>The Old Robb & Stucky Building<br>1625 Hendry Street, Suite 203<br>Fort Myers, FL 33901<br>Phone: (239) 337-1630<br>Fax: (239) 337-030<br>Email: GAT@thetoomeylawfirm.com<br>hms@thetoomeylawfirm.com<br>arl@thetoomeylawfirm.com<br>*Attorneys for Defendant Corizon, LLC* |
| Sheridan Weissenborn, Esq.<br>DUTTON LAW GROUP, PA<br>9700 S. Dixie Hwy., Suite 940<br>Miami, FL 33156<br>Phone: (786) 871-7971<br>Fax: (239) 337-030<br>Email:<br>sweissenborn@duttonlawgroup.com<br>nvallecillo@duttonlawgroup.com<br>*Attorneys for Defendant Jerry Cummings* | Lourdes Espino Wydler, Esq.<br>Oscar Marrero, Esq.<br>Alexandra C. Hayes, Esq.<br>MARRERO & WYDLER<br>Douglas Centre PH-4<br>2600 Douglas Rd.<br>Coral Gables, FL 33134<br>Phone: (305) 446-5528<br>Fax: (305) 446-0995<br>Email: lew@marrerolegal.com<br>oem@marrerolegal.com<br>ach@marrerolegal.com<br>*Attorneys for Defendants Roland Clarke and Cornelius Thompson* |
| John R. Sutton, Esq.<br>SUTTON LAW GROUP, P.A.<br>7721 SW 62nd Ave., First Floor | Max Price, Esq.<br>LAW OFFICE OF MAX R. PRICE, P.A. |

South Miami, FL 33143
Phone: (905) 667-4481
Email: Info@SuttonLawGroup.com

6701 Sunset Drive, Suite 104
Miami, FL
Phone: (305) 662-2272
Email: mprice@pricelegal.com

Linda Bellomio Commons, Esq.
LAW OFFICE OF LINDA B. COMMONS, P.A.
P.O. Box 340261
Tampa, FL 33694
Phone: (352) 610-4416
Email: lcommons@aol.com

Christopher Q. Wintter, Esq.
WINTTER & ASSOCIATES, P.A.
14 Rose Drive
Fort Lauderdale, Florida 33316
Phone: (954) 920-7014
Email: cqw@wintterlaw.com