UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-cv-23323-RNS
Consolidated Case No. 1:14-cv-24140-RNS

ANDRE CHAPMAN, as Personal
Representative of the ESTATE OF
DARREN RAINEY, on behalf of the
Estate, and on behalf of Darren Rainey's
Surviving Relatives, Andre Chapman,
Renee Chapman, Deborah Johnson,
Chnieaqua Breelove and Harold Marr,

   Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, an Agency of the
State of Florida, CORIZON, L.L.C., an
out-of-state limited liability corporation
doing business and registered in Florida,
ROLAND CLARKE, CORNELIUS
THOMPSON and JERRY
CUMMINGS,

   Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL OF THE ACTION AND ALL
PARTIES WITH PREJUDICE**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY

STIPULATED AND AGREED among the parties, by and through their

undersigned counsel, that this action and all named parties are dismissed with

prejudice.  Each party to bear their own attorney's fees and costs.

The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Vicki I. Sarmiento* <br> Vicki I. Sarmiento, California Bar No. 134047, (Admitted *Pro Hac Vice*) <br> **LAW OFFICES OF VICKI I. SARMIENTO** <br> 333 N. Garfield Avenue <br> Alhambra, CA 91801 <br> (626) 308-1171 (telephone) <br> (626) 308-1101 (facsimile) <br> *Attorney for Plaintiff Andre Chapman* | By: */s/ Monica Stinson* <br> Monica Stinson, Esq. <br> **OFFICE OF THE ATTORNEY GENERAL** <br> The Capitol - PL01 <br> Tallahassee, FL 32399-1050 <br> Phone: (850) 414-3300 <br> Fax: (850) 488-4872 <br> *Attorneys for Defendant FDOC* |

– And –

| | |
|---|---|
| By: */s/ Annette Newman* <br> Annette Newman, Esq., Florida Bar No. 84537 <br> **LAW OFFICE OF ANNETTE NEWMAN, LLC** <br> 101 NE 3rd Ave., Ste. 1500 <br> Ft. Lauderdale, FL 33301-1181 <br> Telephone: (888) 333-5580 <br> *Attorneys for Plaintiff Andre Chapman* | By: */s/ Sheridan Weissenborn* <br> Sheridan Weissenborn, Esq. <br> **DUTTON LAW GROUP, PA** <br> 9700 S. Dixie Hwy., Suite 940 <br> Miami, FL 33156 <br> Phone: (786) 871-7971 <br> Fax: (239) 337-030 <br> *Attorneys for Defendant Jerry Cummings* |

By*: /s/ Milton C. Grimes*
Milton C. Grimes, Esq. (Admitted *Pro Hac Vice*)
**LAW OFFICES OF MILTON C. GRIMES, APC**
3774 W. 54th St.
Los Angeles, CA 90043
Phone: (323) 295-3023
Fax: (323) 295-3708
*Attorneys for Plaintiff Andre Chapman*

By: */s/ Gregg A. Toomey*
Gregg A. Toomey, Esq.
**THE TOOMEY LAW FIRM LLC**
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: (239) 337-1630
Fax: (239) 337-030
*Attorney for Defendant Corizon, LLC*

By: */s/ Lourdes Espino Wydler*
Lourdes Espino Wydler, Esq.
**MARRERO & WYDLER**
Douglas Centre PH-4
2600 Douglas Rd.
Coral Gables, FL 33134
Phone: (305) 446-5528
Fax: (305) 446-0995
*Attorneys for Defendants Roland Clarke and Cornelius Thompson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2018 a true and correct copy of the JOINT STIPULATION OF DISMISSAL OF THE ACTION AND ALL PARTIES WITH PREJUDICE has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all counsel or parties of record registered with the Court for that purpose.

| | |
|---|---|
| Monica Stinson, Esq.<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>The Capitol, Suite PL-01<br>Tallahassee, FL 32399-1050<br>Monica.Stinson@myfloridalegal.com<br>*Attorneys for Defendant FDOC* | Gregg A. Toomey, Esq.<br>THE TOOMEY LAW FIRM LLC<br>The Old Robb & Stucky Building<br>1625 Hendry Street, Suite 203<br>Fort Myers, FL 33901<br>Phone: (239) 337-1630<br>Fax: (239) 337-030<br>Email: GAT@thetoomeylawfirm.com<br>hms@thetoomeylawfirm.com<br>*Attorneys for Defendant Corizon, LLC* |
| Sheridan Weissenborn, Esq.<br>DUTTON LAW GROUP, PA<br>9700 S. Dixie Hwy., Suite 940<br>Miami, FL 33156<br>Phone: (786) 871-7971<br>Fax: (239) 337-030<br>Email:<br>sweissenborn@duttonlawgroup.com<br>nvallecillo@duttonlawgroup.com<br>*Attorneys for Defendant Jerry Cummings* | Lourdes Espino Wydler, Esq.<br>Oscar Marrero, Esq.<br>Alexandra C. Hayes, Esq.<br>MARRERO & WYDLER<br>Douglas Centre PH-4<br>2600 Douglas Rd.<br>Coral Gables, FL 33134<br>Phone: (305) 446-5528<br>Fax: (305) 446-0995<br>Email: lew@marrerolegal.com<br>oem@marrerolegal.com<br>ach@marrerolegal.com<br>*Attorneys for Defendants Roland Clarke and Cornelius Thompson* |
| John R. Sutton, Esq.<br>SUTTON LAW GROUP, P.A.<br>7721 SW 62nd Ave., First Floor<br>South Miami, FL 33143<br>Phone: (905) 667-4481<br>Email: Info@SuttonLawGroup.com | Milton C. Grimes, Esq.<br>LAW OFFICES OF MILTON C. GRIMES, APC<br>3774 W. 54th St.<br>Los Angeles, CA 90043<br>Phone: (323) 295-3023<br>Email: miltgrim@aol.com<br>Attorneys for Plaintiff Andre Chapman |

Annette Newman, Esq.
LAW OFFICE OF ANNETTE
NEWMAN, LLC
101 NE 3rd Ave., Ste. 1500
Ft. Lauderdale, FL 33301-1181
Telephone: (888) 333-5580
Email: attorneyanewman@gmail.com
*Attorneys for Plaintiff Andre Chapman*